IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIRECTV, Inc., a California corporation,<br><br>　　　　Plaintiff/Judgment Creditor,<br><br>v.<br><br>Eagle West Communications, Inc., d/b/a Eagle West Cable, a Nevada corporation, et al.,<br><br>　　　　Defendant/Judgment Debtor.<br>_____<br><br>Francisco and Marla Delores Saldana,<br><br>　　　　Garnishee. | No. CV-09-00379-PHX-JAT<br><br>**ORDER** |

　　　　On December 17, 2012, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 182) recommending that Defendants' Objection to the Writ of Garnishment be overruled and Plaintiff's Application for Judgment against the Garnishee (Doc. 157) be granted.

　　　　Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d

1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 182) is accepted.

**IT IS FURTHER ORDERED** that Defendants' Objection to the Writ of Garnishment is overruled.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Judgment against the Garnishee (Doc. 157) is granted.

**IT IS FURTHER ORDERED** that, within seven (7) days of the date of this Order, Plaintiff shall submit a proposed judgment against Garnishee.

Dated this 23rd day of January, 2013.

James A. Teilborg
United States District Judge